# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:15-cv-01492

GREGORY LEEB,

        Plaintiff,

v.

VIRTUOSO SOURCING GROUP LLC,

        Defendant.

## NOTICE OF SETTLEMENT

        Plaintiff Gregory Leeb hereby notifies the Court that Plaintiff and Defendant Virtuoso Sourcing Group LLC, have reached a settlement in this matter.  A settlement agreement is being prepared by the parties and their respective counsel.  Upon execution of the settlement agreement, the Parties intend to file a Notice of Dismissal with Prejudice.  The Parties expect to file the Notice of Dismissal as soon as possible, but no longer than thirty days after the date hereof.

Dated: September 16, 2015

        Respectfully submitted,

/s/ Ahson Wali
Ahson B. Wali
Vedra Wali LLC
1435 Larimer St., Suite 302
Denver, CO 80202
Phone: (303) 937-6540
Fax: (303) 937-6547
Email: ahson.wali@vwfirm.com