# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:15-cv-01492

GREGORY LEEB,

        Plaintiff,

v.

VIRTUOSO SOURCING GROUP LLC,

        Defendants.

## STIPULATED NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Gregory Leeb hereby notifies the Court that Plaintiff and Defendant have reached a settlement in this matter and hereby dismisses this action <u>with prejudice</u>, with each party to pay its own attorney fees and costs.

Dated: November 5, 2015

        Respectfully submitted,

| | |
|---|---|
| /s/ Irvin Borenstein | /s/Ahson Wali |
| Borenstein & Associates, LLC | Ahson B. Wali |
| 13111 E. Briarwood Ave., Suite 340 | Daniel J. Vedra |
| Centennial, Colorado 80112 | Vedra Wali LLC |
| Telephone: (303) 768-0200 | 1435 Larimer St. Suite 302 |
| Facsimile: (303) 768-0220 | Denver, CO 80202 |
| E-mail: irv@ibalegal.com | Phone: (303) 937-6540 |
| *Attorney for Defendant* | Fax: (303) 937-6547 |
| | Email: daniel.vedra@vwfirm.com |
| |       ahson.wali@vwfirm.com |
| | *Attorney for Plaintiff* |

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served on all parties of record via CM/ECF.

                                                    /s/Ahson Wali
                                                  Ahson Wali